1

2

3 UNITED STATES DISTRICT COURT

4 EASTERN DISTRICT OF CALIFORNIA

5

6 Scott Johnson,

Case: 2:14-CV-00332-WBS-CKD

7          Plaintiff,

**NOTICE OF DISMISSAL &**
8     v.

**ORDER THEREON**

9 Raymond E O'Neal, in his
10 individual and representative
capacity as Trustee--Raymond E
11 O'Neal Trust;
O'Neal Associates, Inc., a California
12 Corporation; and Does 1-10,
          Defendants.

13

14

15

16                **<u>ORDER</u>**

17

18      Having read the foregoing notice and good cause appearing therefore,

19 the entire case is hereby ordered dismissed with prejudice.

20

21 Dated:  May 22, 2014

22

23                WILLIAM B. SHUBB
24                UNITED STATES DISTRICT JUDGE

25

26

27

28

1